IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

2007 FEB 21  A 11: 48

RALPH L. DELOACH
CLERK
BY _____, DEPUTY
AT TOPEKA, KS.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 07-20014-01-CM/___ |
| ) | |
| THOMAS J. BURKE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

That on or about April 1, 2006, at Planned Parenthood of Kansas and Mid-Missouri, 4401 West 109th Street, Overland Park, Kansas, a facility that provides reproductive health services in the State and District of Kansas, the defendant,

**THOMAS J. BURKE,**

the defendant herein, did by physical obstruction intentionally intimidate and interfere with a person obtaining reproductive health services, and attempt to intimidate and interfere with such person, in violation of Title 18, United States Code, Section

248(a)(1), having previously been convicted under Title 18, United States Code, Section 248(a)(1).

A TRUE BILL

FOREPERSON

DATED: Feb 21, 2007

ERIC F. MELGREN
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
1200 Epic Center
301 N. Main
Wichita, Kansas 67202
KS.S.Ct. No. 12430

(It is requested that the trial of the above-captioned case be held in the City of Kansas City, Kansas.)

The Court acknowledges the return of this indictment in open court.

UNITED STATES DISTRICT JUDGE
DISTRICT OF KANSAS

**PENALTIES:**

Count 1:

NMT 18 months imprisonment;
NMT $25,000.00 fine;
NMT 1 year S.R. ; and
$100 Special Assessment